An official website of the United States government | Here's how you know ⌄



**EOIR** | Automated Case Information

---

**Court Closures Today**  July 3, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.



Home  >  **SEHOLO-MALANDA, NOLD (213-374-129)**

# Automated Case Information

### Name: SEHOLO-MALANDA, NOLD  |  A-Number: 213-374-129  |  Docket Date: 5/24/2023

## 📅 Next Hearing Information

🕐

*There are no future hearings for this case.*

## ⚖️ Court Decision and Motion Information

The immigration judge **TERMINATED** proceedings.

**DECISION DATE**
May 31, 2024

**COURT ADDRESS**
150 APOLLO DRIVE, SUITE 100
CHELMSFORD, MA 01824

## 📝 BIA Case Information

No appeal was received for this case.

## 🏛 Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
150 APOLLO DRIVE, STE 100
CHELMSFORD, MA 01824

**PHONE NUMBER**
(978) 497-9000

---

| | | | |
|---|---|---|---|
| Archive | Social Media | EOIR Freedom of Information Act (FOIA) | Immigration Court Online Resource |
| Accessibility | Budget & Performance | USA.gov | Contact Technical Support |
| Information Quality | Office of the Inspector General | Contact EOIR | This site is protected by hCaptcha |
| Privacy Policy | No FEAR Act | EOIR Home | hCaptcha Privacy Policy |
| Legal Policies & Disclaimers | For Employees | Justice.gov | hCaptcha Terms of Service |

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041



**EOIR** | Automated Case Information