Official Website of the Department of Homeland Security

Report Crimes: Email or Call 1-866-DHS-2-ICE

| Home | Who We Are | **What We Do** | Newsroom | Information Library | Contact ICE |

< BACK TO RESULTS

## Facility Page

### Detention Information For:

**NOLD SLEY AMOUR SEHOLO-MALANDA**
**Country of Birth:** Congo
**A-Number:** 213374129

### Current Detention Facility:

Call ICE For Details

## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

BOSTON, MA, DOCKET CONTROL OFFICE
**Phone Number:** (781) 359-7500

BACK TO SEARCH >

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Bureau of Prisons Inmate Locator

